IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Buford, Myra E

Printed: 01/29/09

Case Number: 08 B 28769
Judge: Wedoff, Eugene R
Filed: 10/24/08

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Dismissed: December 18, 2008
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 0.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 0.00 |
| Trustee Fee: |  | 0.00 |
| Other Funds: |  | 0.00 |
| Totals: | 0.00 | 0.00 |

## DISBURSEMENT DETAIL

|  | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Chicago Area Fed Credit Union | Secured | 23,000.00 | 0.00 |
| 2. | Brother Loan & Finance | Unsecured | 1,865.29 | 0.00 |
| 3. | Sir Finance Corporation | Unsecured | 1,545.00 | 0.00 |
| 4. | Corporate America Family CU | Unsecured | 2,519.92 | 0.00 |
| 5. | AAA Checkmate LLC | Unsecured | 1,804.98 | 0.00 |
| 6. | Corporate America Family CU | Unsecured | 1,688.58 | 0.00 |
| 7. | Devon Financial Services Inc | Unsecured | 1,723.10 | 0.00 |
| 8. | Premier Bankcard | Unsecured | 465.81 | 0.00 |
| 9. | Premier Bankcard | Unsecured | 495.32 | 0.00 |
| 10. | Chicago Area Fed Credit Union | Unsecured |  | No Claim Filed |
| 11. | Fingerhut | Unsecured |  | No Claim Filed |
| 12. | Certified Services | Unsecured |  | No Claim Filed |
| 13. | Credit One | Unsecured |  | No Claim Filed |
| 14. | M3 Financial Services | Unsecured |  | No Claim Filed |
| 15. | University Of Chicago Medical Center | Unsecured |  | No Claim Filed |
|  |  |  | $ 35,108.00 | $ 0.00 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---:|
|  | $ 0.00 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| IN RE:   Buford, Myra E | Case Number:  08 B 28769 |
| | Judge:  Wedoff, Eugene R |
| Printed: 01/29/09 | Filed:  10/24/08 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

